IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARIA MERCEDES PADILLA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 18-CV-65-JED-FHM |
| v. ) | |
| ) | |
| COMPLETE FACILITY SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On May 18, 2018, counsel for the plaintiff filed an Unopposed Motion to Withdraw as Counsel for Plaintiff, Motion to Stay Proceedings, and Brief in Support (Doc. 20). Plaintiff's counsel represented that "[t]he Attorney/Client relationship [had] been strained" and they wished to withdraw from their representation of plaintiff. Plaintiff's counsel also requested that the Court stay the proceedings until plaintiff caused new counsel to appear in this matter on her behalf or informed the Court that she wished to proceed pro se in this matter. (*Id.*). On May 22, 2018, the Court granted the Motion to Withdraw and ordered plaintiff, by June 21, 2018, to cause new counsel to appear on her behalf or file a statement with the Court that she wished to proceed pro se. (Doc. 21). To date, new counsel has not appeared in this matter on behalf of the plaintiff and she has not filed a statement of her intent to proceed pro se. Accordingly, by **December 6, 2019**, plaintiff shall show cause why this matter should not be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

**SO ORDERED** this 7th day of November, 2019.

JOHN E. DOWDELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT