# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARIA MERCEDES PADILLA, ) | |
| Plaintiff, ) | |
| ) | Case No. 18-CV-65-JED-FHM |
| v. ) | |
| COMPLETE FACILITY SERVICES, LLC, ) | |
| Defendant. ) | |

## ORDER

On November 7, 2019, the Court entered an Order to show cause (Doc. 22), which directed the plaintiff to "show cause why this matter should not be dismissed for failure to prosecute" in light of her failure to cause new counsel to appear in this matter on her behalf, to inform the Court of her intent to proceed pro se, or to take any other action for over a year. Plaintiff's response was due December 6, 2019 and no response has been filed.

**IT IS THEREFORE ORDERED** that plaintiff's Complaint (Doc. 2) is hereby **dismissed without prejudice**. This case is terminated. A separate judgment of dismissal will be entered forthwith.

**SO ORDERED** this 19th day of December, 2019.

_____
JOHN E. DOWDELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT