### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARIA MERCEDES PADILLA, )<br>)<br>Plaintiff, )<br>) <br>v. )<br>)<br>COMPLETE FACILITY SERVICES, LLC, )<br>)<br>)<br>)<br>Defendant. ) | Case No. 18-CV-65-JED-FHM |

### **JUDGMENT OF DISMISSAL**

The Court has entered an Order (Doc. 23) dismissing plaintiff's Complaint without prejudice for failure to prosecute. A judgment of dismissal is hereby entered.

**DATED** this 19th day of December, 2019.

_____
JOHN E. DOWDELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT